IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID RICART<br>    Plaintiff,<br>v.<br>HMS HOST USA, INC. and/or HMS HOST TOLLROADS, INC. and/or JOHN DOES 1-10 (fictitious persons presently unknown) and/or ABC COMPANIES/CORPORATIONS (fictitious entities presently unknown) SAMMY SOES 1-10 (fictitious persons presently unknown) and/or DEF COMPANIES 1-10 (fictitious entities presently unknown) HARRY HOES 1-10 (fictitious persons presently unknown) and/or GHI COMPANIES/ CORPORATIONS 1-10 (fictitious entities presently unknown) TOMMY TOES 1-10 (fictitious persons presently unknown) and/or JKL COMPANIES/ CORPORATIONS 1-10 (fictitious entities presently unknown)<br>    Defendants. | CIVIL ACTION NO.: 3:09-cv-1700 |

## ORDER

**THIS MATTER** having come before the Court on May 4, 2010, for a telephone status conference with the Honorable Lois H. Goodman, Evan Harris, Esq. of Aiello, Harris Devero, Marth & Schiffman, P.C., appearing on behalf of plaintiff, Richard J. Sexton, Esq., appearing on behalf of defendant, and for good cause shown,

**IT IS** on this _____ day of May, 2010,

**ORDERED**, that fact discovery is to remain open up to July 16, 2010; and it is further

**ORDERED**, that plaintiff's expert economist report shall be served no later than July 16, 2010; and it is further

3667131-1

**ORDERED**, that all defendant's expert reports, with the exception of an expert economist reports, shall be served no later than July 16, 2010; and it is further

**ORDERED**, that all defendant's expert economist report shall be served no later than August 16, 2010; Plaintiff shall serve any supplemental reports by no later than August 16, 2010; and it is further

**ORDERED**, that a Settlement Conference shall be held in this matter on September 8, 2010 starting at 2:00 p.m., with plaintiff and defendant's representative with settlement authority personally present for conference; and it is further

**ORDERED**, that plaintiff forward a settlement demand to defendant at least 20 days prior to the Settlement Conference and that each party submit an ex parte Settlement Conference Memorandum to the Court at least 5 days prior to the Settlement Conference; and it is further

**ORDERED**, that a telephone status conference will be held on July 13, 2010 at 11:00 a.m. at which time the parties will report on the status of discovery. Plaintiff is to initiate the call.

_____
Honorable Lois H. Goodman
United States Magistrate Judge

3667131-1